**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KENNY COFFEY                                                                                          PLAINTIFF
ADC #86434

v.                                           NO. 3:15CV00317 JLH/PSH

WENDY KELLY, *et al*.                                                                          DEFENDANTS

## ORDER

This case was opened in this Court's Jonesboro Division. However, based on the facts alleged and the defendants named, it appears the case should have been opened in the Helena Division. The Clerk is therefore directed to transfer this case to the Helena Division of the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED this 29th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE