**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

KENNY COFFEY　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #86434

v.　　　　　　　　　　　　　　NO. 2:15CV00157 JLH/PSH

WENDY KELLEY, *et al*.　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion for a preliminary injunction and protective order is DENIED. Document #4.

DATED this 4th day of April, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ J. Leon Holmes*
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE