IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KENNY COFFEY                                                                                         PLAINTIFF

v.                                           NO. 2:15-cv-00157 JLH

WENDY KELLEY; RORY GRIFFIN; ROBERT STEVIE;
STEVEN FLOSS; CORRECT CARE SOLUTIONS;
AMY ROWLAND; BRET BUTLER; and TAMMY KIMBLE                          DEFENDANTS

### ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) filed by defendants Wendy Kelley and Rory Griffin is denied. See Document 16.

IT IS SO ORDERED this 15th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE