**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

KENNY COFFEY, ADC #86434                                                                     PLAINTIFF

v.                                          NO. 2:15CV00157 JLH/PSH

WENDY KELLEY, *et al*.                                                                         DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motion for partial summary judgment filed by defendants CCS, Stieve, Floss, Butler, and Kimble (Doc. No. 39), is GRANTED; Coffey's claims against Stieve and Kimble are DISMISSED WITHOUT PREJUDICE; and any claims against CCS, Floss, and Butler, other than the exhausted claims identified in the Magistrate Judge's recommendation, (Doc. No. 59) are DISMISSED WITHOUT PREJUDICE.

2. The motion for partial summary judgment filed by defendants Kelley and Griffin (Doc. No. 42) is GRANTED; Coffey's claims against Kelley are DISMISSED WITHOUT PREJUDICE; and any claims against Griffin, other than the exhausted claims identified in the Magistrate Judge's recommendation, are DISMISSED WITHOUT PREJUDICE.

DATED this 3rd day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE