IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KENNY COFFEY**                                                                        **PLAINTIFF**
**ADC #86434**

**VS.**                    **CASE NO. 2:15CV00157 JLH/PSH**

**RORY GRIFFIN,** *et al.*                                             **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

1. Defendants' motions to revoke Coffey's *in forma pauperis* status (Doc. Nos. 63 & 66) are GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.

2. Coffey has thirty days to reopen the case by paying the $400 filing fee in full and filing a Motion to Reopen.

DATED this 27th day of June, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE