IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KENNY COFFEY**                                                                  **PLAINTIFF**
**ADC #86434**

**VS.**                      **CASE NO. 2:15CV00157 JLH/PSH**

**RORY GRIFFIN,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 27th day of June, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE